No. 64148.—New York Merchandise Co., Inc. *v.* United States, protest 59/13896 (New York).

Opinion by Johnson, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that four cases, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the four cases of merchandise, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 64149.—Isaac B. Cohen & Sons Corp. *v.* United States, protest 59/14458 (New York).

Opinion by Johnson, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that one carton, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the one carton of merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 64150.—The Danwill Co. *v.* United States, protest 59/24552 (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of bicycle tires the same in all material respects as the automobile tires the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.